IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-000161-EWN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6. JORGE JAQUEZ-PEREZ,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2008.**

     Pending before the Court is Defendant's Motion for Stand-In Counsel [filed June 5, 2008; doc #178].  The Court will **grant** the motion with the parties' understanding that "stand-in" counsel, David Olivas, will appear in this Court having established an attorney-client relationship with Defendant, and will represent his client in accordance with all applicable rules and law.