# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: October 5, 2009
Court Reporter: Paul Zuckerman
Probation Officer: Michelle Means
Interpreter: Marcella Salazar

Criminal Action No. 08-cr-00161-MSK

*Parties*:                                                  *Counsel*:

UNITED STATES OF AMERICA,                    Mark Barrett

      Plaintiff,

v.

JORGE JAQUEZ-PEREZ,                             Joseph Saint-Veltri

      Defendant.

---

## SENTENCING MINUTES
---

**9:38 a. m.**     **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on July 23, 2009.  Defendant pled guilty to Count 30 of the Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government does request departure (**Doc. #839**) Argument by Mr. Barrett.  The defendant has no objection

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Government's Motion for Downward Departure (**Doc. #839**) is **GRANTED.**

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:04 a.m.**   **Court in recess.**

Total Time:   26 minutes
Hearing concluded.